UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
11 AUG 16 AM 11:30
U.S. BANKRUPTCY COURT
ST. PAUL, MN

IN RE:

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

WILLIE L HARDIMAN
Debtor(s)

CASE NO. BKY 05-36499 GFK

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Willie L Hardiman in the amount of $40.50, were unclaimed.

CREDITOR:
Willie L Hardiman
144 Robie Street West
St Paul, MN 55107-2763

CLAIM NUMBER:
888-0

AMOUNT:
$40.50

ACCOUNT NUMBER:
REFUND

Jasmine Z. Keller, Trustee

Dated: August 15, 2011

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee